# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF CHANDAN MANANSINGH, BAR NO. 12033.

No. 70064

FILED

APR 1 4 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER OF REFERRAL TO SOUTHERN NEVADA DISCIPLINARY BOARD*

This is a petition under SCR 111(4) concerning attorney Chandan Manansingh, based on his conviction for two misdemeanor offenses—coercion and domestic battery. These crimes are not "serious" as defined by SCR 111(6) because they are not felonies and do not include as a necessary element "conduct as an attorney, interference with the administration of justice, false swearing, misrepresentation, fraud, willful failure to file an income tax return, deceit, bribery, extortion, misappropriation, theft, or an attempt or a conspiracy or solicitation of another to commit a 'serious crime.'" Accordingly, an automatic suspension and referral to a disciplinary board are not required by SCR 111(7) and (8).

Although the crimes at issue give us some cause for concern as Manansingh's personal behavior and conduct may "adversely reflect[ ] on [his] fitness to practice law," we decline to order Manansingh to show cause why an immediate temporary suspension should not be imposed as provided by SCR 111(9) because Manansingh is already subject to a temporary suspension under SCR 111 for a separate felony conviction, *see In re Discipline of Manansingh*, Docket No. 65233 (Order of Temporary Suspension and Referral to Disciplinary Board, April 25, 2014), and is on

16-11803

an administrative suspension under SCR 212 for failing to remain current with his continuing legal education credit requirements, *see In re Application of the Bd. Of Continuing Legal Educ.*, Docket No. 63647 (Order Dismissing Petition as to Certain Respondent Attorneys and Granting Petition as to Certain Respondent Attorneys, April 10, 2014). However, given the nature of the offenses, Manansingh's apparent violation of his federal probation, and his other pending disciplinary matter, *see In re Discipline of Manansingh*, Docket No. 67557 (Order Rejecting Conditional Guilty Plea Agreement and Remanding for Further Proceedings, October 22, 2015), we refer this matter to the Southern Nevada Disciplinary Board for any action it may deem warranted, *see* SCR 111(9).

It is so ORDERED.[1]

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc:  Chair, Southern Nevada Disciplinary Board
     C. Stanley Hunterton, Bar Counsel, State Bar of Nevada
     Bailey Kennedy
     Kimberly K. Farmer, Executive Director, State Bar of Nevada

_____

[1]This order constitutes our final disposition of this petition. Any further disciplinary proceedings involving Manansingh shall be docketed as a new matter.